# EXHIBIT C

# EXHIBIT C:  EXEMPLARY INFRINGEMENT CLAIM CHARTS

The infringements charted below serve as representative examples of, but do not limit, Flexerpac's infringing products, including the Safety Pac line of tamper resistant/evident containers.  The representative product is a tamper resistant/evident container with the identification "32 OZ" stamped on the bottom.  Inline Plastics has charted infringement of Claim 17 of of the '003 Patent and Claim 1 of the '680 Patent as examples only.  These claim charts are not intended to limit assertion of infringement of other claims of each patent or as to other Flexerpac products.  Some of the details below were obtained from Flexerpac's website which is located  www.flexerpac.com.

**U.S. PAT. NO. 7,118,003 ("the '003 Patent")**

| Claim 17 of '003 Patent | Representative Flexerpac Container: SP32 |
|---|---|
| 17.  a tamper-resistant/evident container comprising[1]: | Flexerpac refers to its Safety Pac line of containers as "tamper-evident" packaging:<br><br>OUR PRODUCTS<br><br>Hinged Lid Containers   T-Evident Container   Egg Containers   Cups   Li[...]<br><br>www.flexerpac.com |
| a) a plastic transparent cover portion including an outwardly extending peripheral flange; | As seen in the photo below of a representative Flexerpac Safety Pac container (SP32), the plastic cover is transparent: |

---

[1] Inline Plastics does not concede that the preamble is limiting.

| | |
|---|---|
| | <br><br>In addition, as seen in the photo below, the transparent portion of the container lid includes an outwardly extending peripheral flange (outlined in red):<br><br> |
| b) a base portion including an upper peripheral edge forming at least in part an upwardly projecting bead extending substantially about the perimeter of the base portion and configured to render the outwardly extending flange of the cover portion relatively inaccessible when the container is closed; | As shown in the photo below, the representative container includes a base portion that has an upper peripheral edge that forms an upwardly projecting bead (shown in red) that extends substantially about the perimeter of the base. |

ME1 32050947v.3

| | |
|---|---|
| and |   Examination of this sample shows that when the container is closed, the bead renders the outwardly extending flange of the cover relatively inaccessible. |
| c) a hinge joining the outwardly extending flange of this cover portion with the base portion, the hinge including a frangible section, which upon severing, provides an arm that extends from the base portion for facilitating removal of the cover portion from the base portion to open the container. | As seen in the photo below, the representative sample includes a hinge that joins the outwardly extending flange of the cover with the base portion. The hinge includes a frangible line of weakness, shown in red, which when severed provides and arm that extends from the base portion for facilitating removal of the cover.   |

**U.S. PAT. NO. 7,073,680 ("the '680 Patent")**

| Claim 1 of '680 Patent | Representative Lacerta Container: TE-RT-120 |
|---|---|
| 1. a tamper-resistant/evident container comprising[2]: | Flexerpac refers to its Safety Pac line of containers as "tamper-evident" packaging:<br><br>www.flexerpac.com |
| a) a cover portion including an outwardly extending peripheral flange; | As seen in the photo below of a representative Flexerpac's Safety Pac container (SP32), the container cover portion has an outwardly extending peripheral flange (outlined in red): |

---

[2] Inline Plastics does not concede that the preamble is limiting.

|  |  |
|---|---|
| b) a base portion including an upper peripheral edge forming at least in part an upwardly projecting bead extending substantially about the perimeter of the base portion and configured to render the outwardly extending flange of the cover portion relatively inaccessible when the container is closed, | As shown in the photo below, the representative container includes a base portion that has an upper peripheral edge that forms an upwardly projecting bead (shown in red) that extends substantially about the perimeter of the base.<br><br><br><br>Examination of the representative sample container shows that when the container is closed, the bead renders the outwardly extending flange of the cover relatively inaccessible. |
| wherein the cover portion and base portion are adapted and configured to lock together about their periphery by way of a | As shown above, the base portion includes a circumferential sealing surface that is adapted and configured to engage with a corresponding sealing surface associated with the cover about their periphery and releasably seals the container closed. |

ME1 32050947v.3

| | |
|---|---|
| circumferential engagement sealing interface, | |
| wherein the circumferential engagement sealing interface is defined at least in part by a perimeter having a plurality of arcuate segments and rounded corner portions; and | As can be readily seen in the photo above, the circumferential engagement sealing interface associated with the base is defined at least in part by a perimeter having a plurality of arcuate segments and rounded corner portions. |
| c) a lock for maintaining the peripheral flange adjacent to the upper peripheral edge when the container is closed. | As shown in the above photos, the cover of the representative sample includes a female locking recess and the base includes a corresponding locking projection, which in combination maintain the peripheral flange of the cover adjacent to the upper peripheral edge of the base when the container is closed. |