IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INLINE PLASTICS CORP., a Connecticut Corporation,<br><br>                              Plaintiff,<br><br>          v.<br><br>FLEXERPAC PACKAGING SOLUTIONS INC., a New York corporation,<br><br>                            Defendant. | C.A. No. 1:19-cv-11139 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Inline Plastics Corp., by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby stipulates and agrees that all claims asserted in Plaintiff's Complaint in this matter are hereby dismissed with prejudice, with the parties each bearing its own costs and attorneys' fees and with all rights of appeal waived.

INLINE PLASTICS CORP.

By Its Attorneys,

/s/ Mark H. Anania
Mark H. Anania
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444

DATED:  April 8, 2020

ME1 33076829v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, I caused a copy of the foregoing to be served upon counsel for Defendant by email to the address listed below:

> Craig M. Scott, Esq.
> HINCKLEY, ALLEN & SNYDER LLP
> 100 Westminster Street, Suite 1500
> Providence, RI 02903
> Tel: (401) 274-2000
> Fax (401) 277-9600
> cscott@hinckleyallen.com

/s/ Mark H. Anania

ME1 33076829v.1